IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA<br>A Municipal Corporation<br>One Judiciary Square<br>Washington, D.C. 20001<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>6419 Barnaby Street, N.W.<br>Washington, D.C. 20015,<br><br>　　　Parents and next friend of S.A.,<br><br>　　　Defendants. | Civil Action No. 06-2105 (JR) |

## PROOF OF SERVICE

I, Veronica A. Porter, hereby certify that service of process was made in the above-captioned case pursuant to Fed. R. Civ. P. 4(e)(1) and Sup. Ct. Civil R. 4(c)(3) as follows:

　　　1. Service was made by the undersigned, who is counsel for Plaintiff. The undersigned is not a party to this case and is over the age of eighteen.

　　　2. Service of the Complaint and Summons was made on Larry Abramson by certified mail on December 13, 2006. *See* Plaintiff's Attachment 1, Return Receipt for Larry Abramson.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2006.

_Veronica A. Porter_
Veronica A. Porter
Assistant Attorney General

**SWORN AND SUBSCRIBED** before me, a Notary Public, this ___19th___ day of December, 2006.

_Arlene Fields_
Notary Public, D.C.

My Commission Expires: ___2/28/09___

ATTACHMENT I

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write *Return Receipt Requested* on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☒ Restricted Delivery<br><br>Consult postmaster for fee. |

3. Article Addressed to:

Larry Abramson
6419 Barnaby Street, NW
Washington, DC
    20015

4a. Article Number
7003 2260 0002 8514 5410

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

DEC 13 2006

7. Date of Delivery

5. Received By: (Print Name)
Claudia Assay

6. Signature: (Addressee or Agent)
X  Assay

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          Domestic Return Receipt