# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>        Plaintiff,<br><br>               v.<br><br>LARRY ABRAMSON, *et al.*,<br><br>        Defendants. | Civil Action No. 06-CV-2105 (JR) |

## NOTICE OF APPEARANCE

The undersigned respectfully request that the Clerk enter the appearance of Haylie M. Iseman as counsel for defendants in this matter.  While Ms. Iseman's name and signature appear on the Answer in this matter, under the advisement of the Electronic Case Filing personnel, we hereby note her appearance to enable her to receive ECF notifications in this case.

Respectfully Submitted,

/s/ (filed electronically)
Michael J. Eig          #912733

/s/ (filed electronically)
Haylie M. Iseman          #471891
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Defendants

**Filed Electronically on January 2, 2007**