IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA<br>A Municipal Corporation<br>One Judiciary Square<br>Washington, D.C. 20001<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>6419 Barnaby Street, N.W.<br>Washington, D.C. 20015,<br><br>    Parents and next friend of S.A.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-2105 (PLF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PROOF OF SERVICE

I, Veronica A. Porter, hereby certify that service of process was made in the above-captioned case pursuant to Fed. R. Civ. P. 4(e)(1) and Sup. Ct. Civil R. 4(c)(3) as follows:

1. Service was made by the undersigned, who is counsel for Plaintiff. The undersigned is not a party to this case and is over the age of eighteen.

2. Service of the Complaint and Summons was made on Caroline Newman by certified mail on December 13, 2006. *See* Plaintiff's Attachment 1, Return Receipt for Caroline Newman.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2007.

                                                       _____
                                                      Veronica A. Porter
                                                      Assistant Attorney General

**SWORN AND SUBSCRIBED** before me, a Notary Public, this ___9th___ day of January, 2007.

                                                      _____
                                                      Notary Public, D.C.

My Commission Expires: ___2/28/09___

ATTACHMENT I

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☒ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Caroline Newman
6419 Barnaby St, NW
Washington, DC 20015

4a. Article Number
7003 2260 0002 8514 5427

4b. Service Type
- ☐ Registered      ☒ Certified
- ☐ Express Mail    ☐ Insured
- ☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery   DEC 13 2006

5. Received By: *(Print Name)*
Claudia Ossay

6. Signature: *(Addressee or Agent)*
X  Ossay

8. Addressee's Address *(Only if requested and fee is paid)*

PS Form **3811**, Decernber 1994         Domestic Return Receipt

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?