UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DISTRICT OF COLUMBIA,               )
                                    )
      Plaintiff,                    )
                                    )
      v.                            )   Civil Action No. 06-2105 (PLF)
                                    )
LARRY ABRAMSON and                  )
                                    )
CAROLINE NEWMAN,                    )
                                    )
      Defendants.                   )
_____ )

SCHEDULING ORDER

      The parties appeared for a meet and confer status conference on February 13, 2007. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

      1.    Any motion to amend the pleadings or join additional parties shall be made by February 15, 2007.

      2.    Plaintiff shall file the administrative record with the Court by February 23, 2007.

      3.    The parties agree to waive disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. The parties also agree that, apart from the administrative record, discovery will not be necessary in this case.

      4.    Dispositive motions shall be filed on or before March 30, 2007; oppositions by April 20, 2007; and replies, if any, by May 11, 2007.

5. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

6. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 13, 2007