**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE DISTRICT OF COLUMBIA,

      Plaintiff,

        v.

LARRY ABRAMSON and
CAROLINE NEWMAN
parents and next friend of S.A.,

      Defendants.

Civil Action No. 06-CV-2105 (PLF)

**NOTICE**

On March 30, 2007, Defendants filed their Motion for Summary Judgment with attached Exhibits. Defendants inadvertently failed to redact the student's name on the attached Exhibits. We therefore ask that this Court and all involved parties destroy the previously filed Motion and Exhibits and replace them with the re-filed Motion and attached Exhibits in which the student's name has been redacted.

Respectfully submitted,

  /s/ (filed electronically)
Michael J. Eig     #912733
Haylie M. Iseman   #471891
Matthew B. Bogin   #911552
Paula A. Rosenstock  #494580

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Defendants