IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>parents and next friend of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

## MOTION TO CONSIDER RECENT AUTHORITY

We hereby request that the Court consider the additional authority filed by defendants earlier today (a copy of the Praecipe is attached). The reason for filing this motion is because counsel for plaintiffs has informed us that they consider the praecipe to be a sur-reply which requires consent to file, which they apparently do not give to us. Although we do not consider drawing the Court's attention to recent authority a sur-reply, we hereby make this formal request.

Respectfully submitted,

   /s/ (filed electronically)
| | |
|---|---|
| Michael J. Eig | #912733 |
| Haylie M. Iseman | #471891 |
| Matthew B. Bogin | #911552 |
| Paula A. Rosenstock | #494580 |

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>parents and next friend of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO CONSIDER RECENT AUTHORITY**

Defendants respectfully request that this Court consider recent authority pursuant to Federal Rule of Civil Procedure 7(b)(2). For this reason the defendants respectfully request that this motion be granted.

Respectfully submitted,

   /s/ (filed electronically)

| | |
|---|---|
| Michael J. Eig | #912733 |
| Haylie M. Iseman | #471891 |
| Matthew B. Bogin | #911552 |
| Paula A. Rosenstock | #494580 |

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>parents and next friend of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

## ORDER

Upon consideration of the defendants' motion to consider recent authority, it is by the Court on this ___ day of _____, 2007, hereby

ORDERED, that the motion be and the same is hereby GRANTED.

_____

United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>parents and next friend of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

### PRAECIPE

We hereby direct the Court to the recent decisions in *Marple Newtown Sch. Dist. v. Rafael N.*, 2007 WL 781896 (E.D.Pa. 2007) and *District of Columbia v. Jeppsen*, 468 F.Supp. 2d 107 (D.D.C. 2006), copies of which are attached. Specifically, we direct the Court's attention to page 112 of the *Jeppson* decision in which this Court explains why parents are not responsible for reimbursing school systems for tuition paid under the "stay put provision" of the Individuals with Disabilities Education Act ("IDEA"). Similarly, in *Marple Newtown*, the Court looks to the U.S. Supreme Court in concluding that the placement identified in the administrative ruling below was the student's stay-put placement under the IDEA.

                                  Respectfully submitted,

                                   /s/ (filed electronically)
                                  Michael J. Eig           #912733
                                  Haylie M. Iseman         #471891
                                  Matthew B. Bogin         #911552
                                  Paula A. Rosenstock      #494580

                                  MICHAEL J. EIG AND ASSOCIATES, P.C.
                                  5454 Wisconsin Avenue, Suite 760
                                  Chevy Chase, Maryland 20815

(301) 657-1740

Counsel for Defendants