UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DISTRICT OF COLUMBIA,               )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 06-2105 (PLF)
                                    )
LARRY ABRAMSON and                  )
                                    )
CAROLINE NEWMAN,                    )
                                    )
        Defendants.                 )
_____)

## ORDER

This matter is before the Court on defendants' motion to require plaintiff to show cause why it should not be held in contempt [13]. Upon careful consideration of defendants' motion, plaintiffs' opposition, defendants' reply, and the arguments presented by counsel in open court on May 31, 2007, it is hereby

ORDERED that defendants' motion to require plaintiff to show cause why it should not be held in contempt [13] is DENIED.

SO ORDERED.

                                    _____/s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE:  June 1, 2007