UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-2105 (PLF) |
| LARRY ABRAMSON | ) |
| and | ) |
| CAROLINE NEWMAN, | ) |
| Defendants. | ) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that plaintiff's motion for summary judgment [9] is DENIED on Counts I, II and III; it is

FURTHER ORDERED that defendants' motion for summary judgment [11] is GRANTED in part, specifically on Counts I, II and III; it is

FURTHER ORDERED that JUDGMENT is entered for defendants on Counts I, II and III of the Complaint; and it is

FURTHER ORDERED that with respect to Count IV of the Complaint, regarding tuition reimbursement, this matter is remanded to the Hearing Office for a determination of the

appropriateness of the Grove School as a placement for the student and the reasonableness of its costs.

    SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE:  July 3, 2007                    United States District Judge