UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DISTRICT OF COLUMBIA,               )
                                    )
      Plaintiff,                    )
                                    )
      v.                            )   Civil Action No. 06-2105 (PLF)
                                    )
LARRY ABRAMSON                      )
                                    )
      and                           )
                                    )
CAROLINE NEWMAN,                    )
                                    )
      Defendants.                   )
_____)

ORDER

      This matter is before the Court on defendants' motion for a preliminary injunction "requiring that the District of Columbia maintain S.A.'s placement at the Grove School during the pendency of this action."  Motion for a Preliminary Injunction at 1.  Because the Court concludes that this request is outside the scope of what is at issue in this case, the Court will deny the motion for a preliminary injunction.  This matter is an appeal from the Hearing Officer Decision dated September 14, 2006.[1]  The Hearing Officer did not make a placement determination in that HOD.  See HOD at 9-11.  As a result, a motion requiring this Court to make either a stay-put determination or a placement determination is outside of the scope of the Complaint.  The defendants need to continue with the administrative process required by the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 et seq., as amended ("IDEA"), and

---

[1] The September 14, 2006 Hearing Officer Decision (which this case is an appeal from) can be found in the Administrative Record at pages 2-15 ("HOD").

may file any appeals from any decisions that are permitted under the IDEA. They may not, however, place issues before this Court for resolution that are not properly before it. Accordingly, it is hereby

>ORDERED that defendants' motion for a preliminary injunction [24] is DENIED.

>SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: July 3, 2007