IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>as parents and next friends of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

### ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Matthew B. Bogin as co-counsel for defendants.

    Respectfully submitted,

    /s/ (filed electronically)
| | |
|---|---|
| Michael J. Eig | #912733 |
| Haylie M. Iseman | #471891 |
| Matthew B. Bogin | #911552 |
| Paula A. Rosenstock | #494580 |

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740


  /s/
Matthew B. Bogin #911552
77 S. Washington Street
Rockville, MD 20850
(301) 251 4410

Counsel for Defendants