IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>as parents and next friends of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

**MOTION TO EXTEND TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, defendants respectfully request that this Court extend the time for filing a motion for attorneys' fees from July 17, 2007, until September 1, 2007. The grounds for this motion are specifically set forth in defendants' accompanying memorandum of points and authority. Plaintiff's counsel has consented to this motion.

WHEREFORE, defendants respectfully request that their motion be granted.

    Respectfully submitted,

      /s/ (filed electronically)
    Michael J. Eig    #912733
    Haylie M. Iseman    #471891
    Matthew B. Bogin    #911552
    Paula A. Rosenstock    #494580

    MICHAEL J. EIG AND ASSOCIATES, P.C.
    5454 Wisconsin Avenue, Suite 760
    Chevy Chase, Maryland 20815
    (301) 657-1740

    __/s/_____
    Matthew B. Bogin #911552
    77 S. Washington Street

Rockville, MD 20850
(301) 251 4410


Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>parents and next friend of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

### MEMORANDUM OF POINTS AND AUTHORITIES
### IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME

    The extension is necessary for several reasons. One of defendants' counsel has been out of the office with a medical condition. Other counsel will be on vacation at various times during the moth of August. Therefore, the additional time is necessary so that a proper motion can be prepared.

    Respectfully submitted,

    /s/ (filed electronically)

| | |
|---|---|
| Michael J. Eig | #912733 |
| Haylie M. Iseman | #471891 |
| Matthew B. Bogin | #911552 |
| Paula A. Rosenstock | #494580 |

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

    /s/

Matthew B. Bogin #911552
77 S. Washington Street
Rockville, MD 20850
(301) 251 4410

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>as parents and next friends of S.A.,<br><br>　　　　Defendants. | Civil Action No. 06-CV-2105 (PLF) |

**ORDER**

Upon consideration of the Motion To Extend Time and the record herein, it is by the Court this _____ day of _____, 2007, hereby

ORDERED, that said motion be and the same hereby is granted; and it is

FURTHER ORDERED, that the defendants shall have until September 1, 2007, to file their motion for attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Paul L., Friedman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge