IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>as parents and next friends of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

**MOTION TO EXTEND TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, defendants respectfully request that this Court extend the time for filing a motion for attorneys' fees from September 1, 2007, until 14 days after the Hearing Officer issues his decision from the August 28, 2007, hearing. The grounds for this motion are specifically set forth in defendants' accompanying memorandum of points and authority. Plaintiff's counsel has been contact to ascertain whether she would consent to this motion, but although there has been an exchange of emails, no definitive response was received.

WHEREFORE, defendants respectfully request that their motion be granted.

Respectfully submitted,

  /s/ (filed electronically)
Michael J. Eig          #912733
Haylie M. Iseman        #471891
Matthew B. Bogin        #911552
Paula A. Rosenstock     #494580

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

\_\_/s/_____
Matthew B. Bogin #911552
77 S. Washington Street
Rockville, MD 20850
(301) 251 4410


Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>parents and next friend of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME**

As the Court is aware, this matter was remanded to the Hearing Officer for a limited hearing. The school system's Hearing Office had scheduled the matter for August 10, 2007. However on that date the defendants and their counsel appeared, but neither the Hearing Officer nor the school system was present. Obviously, the hearing did not proceed, but was rescheduled for August 28th. The parties are now waiting for the Hearing Officer to issue his decision from that hearing.

When we had filed our first motion for extension, we believed that the hearing process would have been concluded well before September 1st. However, due to the school system's errors, such was not the case. The extension is necessary so that we will have the decision before filing the motion for fees.

Respectfully submitted,

    /s/ (filed electronically)
Michael J. Eig     #912733
Haylie M. Iseman     #471891
Matthew B. Bogin     #911552

Paula A. Rosenstock           #494580

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740


\_\_/s/_____
Matthew B. Bogin #911552
77 S. Washington Street
Rockville, MD 20850
(301) 251 4410


Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>as parents and next friends of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

**ORDER**

Upon consideration of the Motion To Extend Time and the record herein, it is by the Court this _____ day of _____, 2007, hereby

ORDERED, that said motion be and the same hereby is granted; and it is

FURTHER ORDERED, that the defendants shall have 14 days after the Hearing Officer issues his determination to file their motion for attorneys' fees.

 

                                                                       _____
                                                                       Paul L., Friedman
                                                                       United States District Judge