IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ABRAMSON and<br>CAROLINE NEWMAN<br>parents and next friend of S.A.,<br><br>    Defendants. | Civil Action No. 06-CV-2105 (PLF) |

**NOTICE REGARDING SECOND MOTION FOR EXTENSION OF TIME**

On August 31, 2007, counsel for the defendants filed their second motion for an extension of time for filing their motion for attorneys' fees. At the time of filing, counsel had not received a response from plaintiffs' counsel regarding their request for an extension. Shortly after filing the motion, counsel for the plaintiffs contacted counsel for the defendants and gave consent for the extension with the understanding that defendants agree to any reasonable extension of time for plaintiffs to file their reply to the motion.

    Thank you.

    Respectfully submitted,

      /s/ (filed electronically)

| | |
|---|---|
| Michael J. Eig | #912733 |
| Haylie M. Iseman | #471891 |
| Matthew B. Bogin | #911552 |
| Paula A. Rosenstock | #494580 |

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Defendants