**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE DISTRICT OF COLUMBIA,

      Plaintiff,

      v.

LARRY ABRAMSON and
CAROLINE NEWMAN
parents and next friend of S.A.,

      Defendants.

Civil Action No. 06-CV-2105 (PLF)

**MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Rule 54(d)(2) for the Federal Rules of Civil Procedure and Rule 215 of the

Local Rules of this Court, defendants respectfully move the Court for attorneys' fees and costs

through this date, as a result of the Order and Judgment issued by this Court on July 3, 2007.

Defendants seek attorneys' fees and costs in the amount of $65,800.03 - $63,692.50 in time

charges and $2,107.53 in expenses.

In support of this Motion, defendants file a Memorandum of Points and Authorities in

Support of the Motion, and a Declaration of Counsel with attached Exhibits.

WHEREFORE, defendants urge the Court to grant their motion and to provide counsel

with an opportunity, if necessary, to present oral argument on the motion.

Respectfully Submitted,

      /s/   (filed electronically)
Michael J. Eig     #912733

_____/s/____(filed electronically)_____
Michael J. Eig and Associates, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for the Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE DISTRICT OF COLUMBIA,

     Plaintiff,

       v.

LARRY ABRAMSON and
CAROLINE NEWMAN
parents and next friend of S.A.,

     Defendants.

Civil Action No. 06-CV-2105 (PLF)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

After obtaining an order granting summary judgment, defendants have requested

attorneys' fees and costs.  Defendants were the prevailing party in the administrative action

below.  Plaintiffs then brought this suit on December 12, 2006, against a student with disabilities

and his parents, having exhausted administrative remedies under the Individuals With

Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. §§ 1400-87.[1]  By an Opinion dated

July 3, 2007, this Court affirmed the administrative decision, in part, and remanded the case to

the hearing officer on the issue of the appropriateness of the student's placement and

reasonableness of cost of that placement.  The hearing officer heard the case on remand on

August 28, 2007 and issued his decision on September 17, 2007 finding that the student's school,

Grove School, is an appropriate placement for S.A. and that the cost is reasonable.  A copy of the

---

[1]    On April 9, 2007, defendants were forced to file a motion to show cause after
plaintiffs refused to maintain S.A.'s current educational placement pursuant to the stay-put
provisions of the IDEA.  Defendants have included these fees and costs in this motion.

hearing officer's decision is attached to this Motion.    Pursuant to Rule 54(d)(2) for the Federal

Rules of Civil Procedure, Rule 215 of the Local Rules of this Court, and 20 U.S.C. § 1415(i)(3),

defendants now move the Court to order reimbursement of the fees and costs involved in

defending this action in the amount of $65,800.03.

## I.    DEFENDANTS ARE THE PREVAILING PARTIES.

Defendants are the prevailing parties, as this Court has denied plaintiffs' motion for

summary judgment and affirmed, in part, the administrative decision that plaintiffs sought to

challenge.  The issues on remand to the hearing officer have also been resolved in defendants'

favor.  *See* Hearing Officer's Decision.  Under the IDEA, defendants are therefore entitled to

reimbursement.  Under 20 U.S.C. § 1415(i)(3)(B), courts have the authority to "award reasonable

attorneys' fees as part of the costs to the parents of a child with a disability who is the prevailing

party."

## II.    DEFENDANTS' HOURLY RATES ARE CONSISTENT WITH THE LAFFEY MATRIX.

Reasonable fees are determined by multiplying the number of reasonable hours by the

reasonable rates per hour, in order to arrive at the lodestar figure.  *Hensley v. Eckerhard*, 461

U.S. 424, 433 (1983); *Blum v. Stenson*, 465 U.S. 886, 888 (1984).  Applicable hourly rates are

those market rates applicable in the community.  *Hensley*, 461 U.S. 424; *Texas Teachers Assn. v.

Garland Sch. Dist.*, 489 U.S. 782 (1988); *Save Our Cumberland Mountains v. Hodel*, 857 F.2d

1516 (D.C. Cir.. 1988).  Defendants' counsel's hourly rates as set forth in the Declaration of

Counsel, attached to this motion, are consistent with the *Laffey Matrix* which was established in

*Laffey v. Northwest Airlines, Inc.*, 746 F.2d 4, 12-13 (D.D.C. 1994) and is updated and

maintained by the Civil Division of the United States Attorney's Office for the District of

Columbia.  The *Laffey Matrix* establishes prevailing community rates and is intended to be used in cases in which a fee-shifting statute permits the prevailing party to recover reasonable attorneys' fees.  *See*, *Coleman v. District of Columbia*, 2007 WL 1307834 *2 (May 3, 2007)(in which the Court applied the *Laffey Matrix* in a case involving the IDEA).  *See also*, *District of Columbia v. R.R.*, 390 F.Supp.2d 38, 42 (D.D.C. 2005)

Further, under *Hensley*, the fee applicant bears the burden of "documenting the appropriate hours expended and hourly rates . . . and should exercise 'billing judgment'. . . ." 461 U.S. at 437.  In submitting this fee request, defendants' counsel have exercised "billing judgment" and have properly documented the time expended.  The attached Declaration by defendants' counsel, and printout of fees and costs, set forth the specific work for which reimbursement is sought.

As set out in counsel's Declaration, the fees sought are the customary fees that our firm charges for like work.  Defendants' counsel is preeminent in this area of law and has been recognized by this Court as "a leading [IDEA] firm in the District."  *Kattan v. District of Columbia*, 995 F.2d 274, 278 (D.C. Cir. 1993).  This Court has observed that defendants' counsel "waste little effort. . .[and] staff their cases in a reasonable and efficient manner." *Moore v. D.C.*, 674 F.Supp. 901, 906 (D.D.C. 1987), *aff'd en banc*, 907 F.2d 165 (D.C. Cir. 1990), *cert. denied*, 498 U.S. 998 (1990).  The rates defendants now are seeking are routinely found to be reasonable and awarded by this Court.  *See, e.g.*, *Eby v. District of Columbia*, C.A. No. 93-1826, (D.D.C., Memorandum Order, July 15, 1996); *Holland v. District of Columbia*, No. 93-1370, (D.D.C., Memorandum Order, August 28, 1996); *Ceja v. District of Columbia,* No. 94-2529, (D.D.C., Memorandum Order, February 22, 1996); *Applebaum v. District of Columbia*, No. 94-

2517, (D.D.C., Memorandum Order, March 19, 1996); *Randolph v. District of Columbia*, C.A. No. 03-373 (Memorandum Order, May 16, 2002); *Bodnar v. District of Columbia,* C.A. No. 00-461 (D.D.C., Memorandum Order, June 18, 2002); *Spilsbury v. District of Columbia*, C.A. No. 02-374 (D.D.C., Memorandum Order, April 24, 2002); *Lipow v. District of Columbia*, C.A. No. 01-1772 (D.D.C., Order, May 21, 3003); *Coleman v. District of Columbia*, C.A. No. 03-126 (D.D.C., Memorandum Opinion and Order, January 21, 2005); *Czarniewy v. District of Columbia*, C.A. No. 02-1496 (D.D.C., Memorandum Opinion and Order, March 25, 2005); *Spilsbury v. District of Columbia*, C.A. No. 03-374 (D.D.C., Memorandum Opinion and Order, March 31, 2005); *Reusch v. District of Columbia*, C.A. No. 04-266 (D.D.C., Memorandum Opinion and Order, October 6, 2005); *Solomon-Lane v. District of Columbia*, C.A. No. 99-2404 (D.D.C., Order, April 5, 2006).

As evidenced by the attached Declaration, the *Laffey Matrix*, the case law, and the billing statements, defendants' fees and costs are reasonable in terms of time expended, rates and the amounts sought overall.

**III.   DEFENDANTS' ATTORNEY TIME AND EXPENSES ARE REASONABLE AND WERE NECESSARY TO OBTAIN THE RESULTS.**

Defendants' attorney time is reasonable in light of the fact that the administrative action was initiated on behalf of a student with disabilities and his parents, who prevailed below; plaintiffs' appeal of the administrative decision was partially disposed of on summary judgment,

with the remaining issues being resolved in defendants' favor on remand.[2]  Therefore, the

attorneys' fees and expenses sought through this motion include fees and costs for the

administrative case below, as well as the administrative case on remand, which are also

reimbursable.  *See*, *Calloway v. District of Columbia*, Case No. 99-5215 (Memorandum Opinion,

D.C. Cir., June 30, 2000) ("Prevailing parents may also recover fees incurred during

administrative proceedings.  *Moore v. District of Columbia*, 907 F.2d 165 (D.C. Cir. 1990).").

Exhibit 1 reflects time expended by defendants' counsel during the administrative and federal

cases, Exhibit 2 reflects counsel's expenses during these cases.  The expenses sought include the

court filing fee, as well as copying, facsimile and postage charges.

In addition, it should be noted that this Court permits attorneys to seek fees at their

current rate, though work may have been performed during a time period when the attorneys'

rates were lower.  "When an award of attorneys' fees will occur years after counsel provided

client services, a court may use current market rates for the entire period to recognize the

difficulties presented for the lawyer's representation."  *Abraham v. District of Columbia*, 338 F.

Supp.2d 113, 123 (D.D.C. 2004) (citing *Smith v. Roher*, 954 F. Supp. 359, 364-365

(D.D.C.1997)).

---

[2]     Defendants seek reimbursement for the administrative action on remand which
was ordered by this Court.  While the IDEA does not specifically address the reimbursement of
fees for administrative actions on remand, 20 U.S.C. § 1415(ii) states that fees may be rewarded
for IEP meetings which are convened as a result of a judicial action – in other words, when
meetings and hearings are ordered by the court, they should be considered part of the action and
subject to fee reimbursement.  The administrative remand was ordered by this Court and
defendants should therefore be reimbursed for their fees and costs associated with the remand.

**IV.    THE FEE CAP DOES NOT APPLY.**

The fee cap imposed by the District of Columbia Appropriations Acts of 2005 and 2006 does not cap attorneys' fees in cases where the litigation is instituted by the school district, not the parents.  The statute specifically states that funds appropriated to the District of Columbia are not available to pay "the fees of an attorney who represents a party in an action or an attorney who defends an action, including an administrative proceeding, *brought against* the District of Columbia Public Schools under the Individuals with Disabilities in Education Act . . . in excess of $4,000 for that action . . . ."  Pub. L. No. 108-335, (October 18, 2004), 118 Stat 1322; Pub. L. No. 109-115, (November 30, 2005), 119 Stat 2396 (emphasis added).  In *District of Columbia v. R.R.*, the District Court for the District of Columbia therefore found that in the "rare situation where the District of Columbia is seeking relief from an administrative decision . . . the fee cap does not apply."  *R.R.*, 390 F.Supp.2d at 42.

This case presents exactly the same "rare situation" as the *R.R.* case: the District of Columbia appealed the administrative decision forcing the Abramsons to defend themselves. The fee cap does not, therefore, apply.

**V.    CONCLUSION.**

For the reasons set forth above, defendants respectfully request that the Court award them fees and costs as set forth herein, in the total amount of  $65,800.03 - $63,692.50 in time charges and $2,107.53 in expenses.

Respectfully Submitted,

_____/s/    (filed electronically)_____
Michael J. Eig            #912733

-6-

Michael J. Eig and Associates, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for the Plaintiffs

09/14/2007  16:39    2026983825                STUDENT HEARING                      PAGE  02/09

(In the Matter of SA  DOB: 1/16/91  HOD: September 14, 2007)

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigation Division*
### CONFIDENTIAL
## Coles B. Ruff, Jr., Due Process Hearing Officer

RECEIVED

SEP 1 4 2007

STUDENT HEARING OFFICE

| | |
|---|---|
| In the Matter of S▒ A▒▒▒▒▒▒     )<br>Date of Birth: January 16, 1991     )<br>                                    )<br>                                    )<br>            Petitioner,            )<br>                                    )<br>        v.                          )<br>                                    )<br>                                    )<br>District of Columbia Public Schools )<br>("DCPS" or "District")              )<br>Attending School: Care Center       )<br>            Respondent.            )<br>─────────────────────────────────────) | **IMPARTIAL DUE PROCESS**<br><br>**HEARING OFFICER'S DECISION**<br><br>Hearing Dates: August 28, 2007<br><br>Held at: 1150 5th Street, SE<br>        Washington, DC |

Counsel for Student:              Michael J. Eig, Esq.
                                       5454 Wisconsin Avenue #760
                                       Chevy Chase, Maryland  20815

Counsel for DCPS:              Stephanie Ramjohn Moore, Esq.
                                       Office of General Counsel
                                       825 North Capitol St. NE
                                       Washington, DC  20002

## JURISDICTION:

A Due Process Hearing was convened on August 28, 2007, at the headquarters of the District of Columbia Public Schools, 1150 5th Street, SE, Washington, DC 20003, on a remand[1] from the US District Court from DCPS' appeal of the of the Hearing Officer's Determination issued in this matter on September 14, 2006.  The hearing was limited to a determination of the issues the Court directed be decided by the Hearing Officer which are outlined below.

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17 and the *Individuals with Disabilities Education Improvement Act of 2004* (I.D.E.I.A.), the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

---

[1] In a decision issued by US District Court Judge Paul L. Freidman (Civil Action No. 06-2105(PLF)) on July 3, 2007, the Court upheld the Hearing Officer's Determination in part and remanded the matter to the Hearing Officer for a determination as to tuition reimbursement, specifically, the appropriateness of the Grove School and the reasonableness of its cost.

(In the Matter of SA  DOB: 1/16/91  HOD: September 14, 2007)

## DUE PROCESS RIGHTS:

The parent's counsel waived a formal reading of the due process rights.

## SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel, the testimony of the witness(es) and the documents submitted in the parties' disclosures (SA 1-58[2] and DCPS 1-3) which were admitted into the record.

## FINDINGS OF FACT [3]:

1. The Hearing Officer's Determination (HOD) in this matter issued September 14, 2006. In that HOD the Hearing Officer directed, inter alia, that DCPS convene a meeting to determine the student's eligibility for special education services and if the student was found eligible to reimburse the parent for the student's tuition at the Grove School (Grove) from May 4, 2006, to the date the student was provided an appropriate placement. (September 14, 2007, HOD)

2. On March 9, 2007, DCPS convened the eligibility meeting and determined the student eligible for special education services. (July 3, 2007, US District Court Decision)

3. On May 1, 2007, following the eligibility determination DCPS issued a prior notice proposing a placement for the student which was not Grove. (DCPS 3)

4. On June 26, 2007, the parent's counsel filed a subsequent due process complaint challenging, inter alia, DCPS' proposed placement. The Hearing Officer indicated at the remand hearing (August 28, 2007) he would maintain jurisdiction of the subsequent due process complaint and would, therefore, limit the reimbursement pursuant to the remanded matter to the date the prior notice was issued and consider any further reimbursement when the subsequent due process complaint is adjudicated.[4] (June 26, 2007, Complaint)

5. The student has attended Grove in Madison, Connecticut since he was placed there by his parent is April 2006. Prior to attending Grove the student had refused to attend school. He was suffering from severe depression and was hospitalized with suicidal ideations. As a result of the student's behavior and condition and based on consultation with and recommendations of the student's health care

---

[2] The disclosures that were submitted for the remanded hearing were SA 42-58.

[3] The petitioner asserted there was not dispute of fact as to the parent's attempt to register the student at as a non-attending student and the response given to the parent by the CARE Center staff. DCPS counsel on May 11, 2007, verified to the Hearing Officer there was not dispute in fact. The Findings of Fact herein are what the Hearing Officer considered to be facts undisputed by the parties.

[4] The petitioner offered to agree to limit the reimbursement to August 31, 2007.

(In the Matter of SA  DOB: 1/16/91  HOD: September 14, 2007)

professionals the student's parents decided to place him in a residential therapeutic program. After considering a number of possible programs the parents decided upon Grove.[5]  (Father's testimony)

6. Grove is year round therapeutic residential program that provides academic instruction, behavior management and group, family and individual therapy. (Dr. Goldman's testimony)

7. Grove developed a comprehensive service plan for the student which is comparable to an individualized educational program.[6]  The plan outlines the services the student is being provided: 32.5 hours of instruction and 2 hours of psychological services per week. (SA 47)

8. The student had a rocky start at Grove. He tested the boundaries of the school's rules of conduct. He did well in things in which was interested but was resistant to participate in classes and activities in which he had no interest, including therapy sessions. He was hospitalized for suicidal ideations while at Grove. However, he returned to Grove following the hospitalization and has more recently, in the last few months, made a commitment to fully participate in the Grove program and to comply with the school rules. The student is now doing his school assignments, participating in therapy and has made academic progress. (Dr. Goldman's testimony, Parent's testimony SA 47)

9. The student received the following grades in the first, second and third grading periods he has attended Grove:                                  (SA 49, 50)

|                                            | 1st | 2nd | 3rd |
|--------------------------------------------|-----|-----|-----|
| Biology                                    | D+  | C-  | C-  |
| English – World Literature                 | C   | F   | B-  |
| Advanced HPER I Recreational Activities    | B-  | B-  | B   |
| Modern America                             | D   | F   | C   |
| Spanish I                                  | F   | D   | A-  |
| Algebra II                                 | D-  | F   | B-  |
| Computer Applications                      | B   | A-  |     |

10. Grove has been certified by the State of Connecticut as a residential school and schools districts in that state and outside that state place students at Grove and pay the official tuition costs for those students. There have been approximately ten different states that have placed students at Grove. Each of these states has

[5] The student's father testified that in comparing the cost of Grove with the other residential program he researched and considered he found that the tuitions were in same general price range.

[6] There was no evidence presented that Grove, however, is a special education placement.

3

(In the Matter of SA  DOB: 1/16/91  HOD: September 14, 2007)

agreed to a paid the stated costs at Grove and none have indicated that the costs are unreasonable.  Grove tuition costs are comparable to other residential programs that provide the level and quality of services Grove provides.  (Ms. Chorney's testimony)

11. The monthly fee for Grove was $6,400 per month from April 2006 through August 2006.  The monthly fee from September 2006 through July 2007 was $6,812 per month. (SA 52)[7]

12. DCPS has made referral of at least one other student and provided funding for the student at the Grove School and paid the stated tuition rate for that student.  (Mr. Chorney's testimony, SA 44)


**ISSUE(S):**

Whether the Grove School is an appropriate placement for the student and whether the cost of Grove is reasonable?


**CONCLUSIONS OF LAW:**

The Hearing Officer concludes, based on the testimony presented by the student's father and Dr. Goldman, the student was, at the time his parents placed him at Grove, in need of a therapeutic residential program.  The student has made both emotional and academic progress at Grove despite his turbulent start.  Grove has provided the level of services both in instruction and psychological counseling from which the student can and has obtained educational benefit. The Hearing Officer, therefore, concludes the Grove School is an appropriate placement for the student.

Based upon the student's father's testimony and that of Mr. Chorney, the Hearing Officer concludes the cost of Grove is comparable to other residential programs and is reasonable.  The Hearing Officer, therefore, concludes the parent is entitled to reimbursement for the cost of the student attending Grove.

---

[7] The total annual tuition at the Grove for school year (SY) 2007-08 is $85,008, and the tuition is made up of the following components: $35,644 for education, $24,900 for clinical, and $24,464 for residential.  The total tuition per month is $7084 for a ten month program and $8,500.80 for a 12 month program.

(In the Matter of SA  DOB: 1/16/91  HOD: September 14, 2007)

## ORDER:

DCPS shall reimburse the parent for the cost of the student's attendance at the Grove
School from May 4, 2006, to May 1, 2007, upon presentation to DCPS of invoice(s) and
proof of payment.

**Coles B. Ruff, Esq.**
**Hearing Officer**
**Date: September 14, 2007**

Issued: _____

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be
made to a court of competent jurisdiction within 90 days of the rendering of this decision.

(In the Matter of SA  DOB: 1/16/91  HOD: September 14, 2007)

## In the MATTER OF Seth Abramson V. DCPS

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| SA 1-58 | Parent's Disclosures | Yes |
| DCPS 1-3 | DCPS Disclosures | Yes |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | * A detailed list of the documents disclosed is contained in the parties' disclosure notices |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(In the Matter of SA   DOB: 1/16/91   HOD: September 14, 2007)

## In the MATTER OF Seth Abramson V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|------|-------------|
| 5/23/06 | Request for Due Process |
| | Notice of Pre-Hearing Conference (as applicable) |
| 6/19/06 | Notice of Due Process Hearing |
| | SETS Disposition Form |
| | Transcripts or audio tapes of hearing |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

09/14/2007  16:39    2026983825                STUDENT HEARING                    PAGE  09/09

(In the Matter of SA   DOB: 1/16/91   HOD: September 14, 2007)

# INDEX OF NAMES

## In the MATTER OF Seth Abramson V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Coordinator | |
| DCPS Clinical Psychologist | Denis White Jennings, PhD |
| Regular Education Teacher | |
| DCPS Placement Specialist | Ms. Arlene Jackson |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | Ellen K. Goldman, PhD |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | Ms. Caroline Newman (Mother) Mr. Larry Abramson (Father) |
| Child/Parent's Representative | Michael J. Eig, Esq. |
| School System's Representative | Stephanie Ramjohn Moore, Esq. |
| Parent's Educational Advocate | |
| Grove School | Ms. Peter Chorney |
| CARE Center Supervisor | Ms. Patricia Young |
| CARE Center Case Manager | Ms. Gloria Everett |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE DISTRICT OF COLUMBIA,

     Plaintiff,

     v.                     C.A. No. 06-CV-2105 (PLF)

LARRY ABRAMSON and
CAROLINE NEWMAN
parents and next friend of S.A.,

     Defendants.

**DECLARATION OF MICHAEL J. EIG**

Michael J. Eig declares and says as follows:

1.     I am co-counsel for the defendants in this matter and make this declaration in support of our motion for fees and costs.

2.     Attached to this declaration are Exhibits 1and 2, computer printouts detailing the time I and other members of our firm spent on this case and the administrative actions below, and our expenses in pursuing this matter.  In form and substance, save for the actual amounts, both this declaration and the attached Exhibits are identical to declarations and exhibits submitted in support of other motions for fees approved by this Court and the Court of Appeals.

3.     I have a B.A. from Brandeis University, an Ed.M. in Education from Harvard University, and a J.D. from Georgetown University Law Center in 1975.  I was admitted to the District of Columbia Bar in 1975, and the Maryland Bar in 1976, and am a Member of the Bar of this Court.  I have been a practicing attorney for over thirty years, almost exclusively in the representation of students with special education needs.

4.      Haylie M. Iseman has a B.S. from Cornell University and a J.D. from Yeshiva University, Benjamin N. Cardozo School of Law, in 1999.  She was admitted to the Maryland Bar in 1999, the New York Bar in 2000, and the District of Columbia Bar in 2001, and is a Member of the Bar of this Court.  She has been a practicing attorney for more than eight years, and the vast majority of her representation has been of students with special education needs.

5.      Paula A. Rosenstock has a B.A. *magna cum laude* from Tufts University, and a J.D. from The George Washington University Law School in 2003.  She was admitted to the Virginia Bar in 2003 and the District of Columbia Bar in 2005, and is a Member of the Bar of this Court. She has been a practicing attorney for more than four years, and in her position at our firm, the vast majority of her representation is of students with special education needs. Previously, she practiced family law.

6.      Matthew B. Bogin has a B.S. from the University of Pennsylvania, a J.D. from Georgetown University Law Center in 1975, and an LL.M. (in taxation) from Georgetown.  He was admitted to the Maryland bar in 1977 and the District of Columbia in 1975.  He is a Member of the bars of the following federal courts: the District Courts for Maryland and the District of Columbia, the District of Columbia and Fourth Circuit Courts of Appeal, and the United States Supreme Court.  He has been a practicing attorney for twenty-nine years, and the majority of his representation has been of students with special education needs.  For many years he practiced almost exclusively in the field of special education law and has been recognized by numerous courts, including the United States District Court for the District of Columbia, as a leading practitioner in the field.

7.      Patricia F. Cyr has a B.A. from Georgetown University and an M.A. from Stanford University, and received a J.D. from Georgetown University Law Center in 2000.  She was admitted to the California Bar in 2001 and the District of Columbia Bar in 2005. After clerking on the Eleventh Circuit Court of Appeals, she has been a practicing attorney for six years.

8.      This Court has had much previous opportunity to review the qualifications of the members of this firm, which are set out in, among other places, this Court's opinions in *Moore v. District of Columbia*, 674 F. Supp. 901, 905-06, (D.D.C. 1987).  The District of Columbia Circuit has also characterized this counsel as "a leading [IDEA] firm in the District." *Kattan v. District of Columbia*, 995 F.2d 274, 278 (D.D.C. 1987).

9.      The hourly rates that we seek in this case is consistent with the Laffey Matrix, which is prepared by the Civil Division of the United States Attorney's Office for the District of Columbia and is intended to be used in cases, in which a fee-shifting statute permits the prevailing party to recover reasonable attorneys' fees.  We felt it fair to use the current Laffey Matrix rates for all time billed in this case.

10.     I believe that the charges reflected in the time records are "billable."  We have not included activities that entailed only brief amounts of time.  I believe that all the time for which we seek fees was "productive" and necessary in order for the defendants to defend the action and ultimately prevail.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on   September 27, 2007

_____
Michael J. Eig

# MICHAEL J. EIG AND ASSOCIATES, P.C.

ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938
(301) 657-1740
FACSIMILE (301) 657-3843

# LISTING OF ATTORNEYS' FEES

| User | Description | Date | Time Spent | Billable |
|---|---|---|---|---|
| Haylie Iseman | In-office meeting with Caroline Newman re: status. | 1/11/2006 | 0:48:00 | $244.00 |
| Haylie Iseman | In office conference with clients | 2/9/2006 | 1:06:00 | $335.50 |
| Haylie Iseman | Call with clients re: status. | 2/10/2006 | 0:18:00 | $91.50 |
| Haylie Iseman | Reviewed documents; conference with Michael Eig; emails with client; letter to Kathie Thompson re: status and attaching documents for DCPS review. | 3/13/2006 | 0:36:00 | $183.00 |
| Haylie Iseman | Reviewed email from clients; letter to Kathie Thompson. | 4/17/2006 | 0:12:00 | $61.00 |
| Haylie Iseman | Review file in preparation for conference with clients and MDT meeting | 5/3/2006 | 0:48:00 | $244.00 |
| Haylie Iseman | Teleconference with clients re: status and upcoming MDT meeting. | 5/4/2006 | 0:12:00 | $61.00 |
| Haylie Iseman | MDT meeting at CARE Center; partial travel. | 5/5/2006 | 2:00:00 | $610.00 |
| Haylie Iseman | Conference with Michael Eig re: status and timing for administrative appeal | 5/21/2006 | 0:18:00 | $91.50 |
| Haylie Iseman | Reviewed file and drafted Hearing Request. | 5/19/2006 | 1:00:00 | $305.00 |
| Haylie Iseman | Dispute Resolution Session; partial travel. | 6/6/2006 | 0:48:00 | $244.00 |
| Haylie Iseman | Reviewed file and draft cover letter for Disclosure; identified additional documents to be disclosed for hearing and ordered documents for disclosure. | 7/31/2006 | 0:48:00 | $244.00 |
| Haylie Iseman | Reviewed email from clients; conference with Michael Eig; drafted letter to DCPS re: inquiry Grove School. | 7/31/2006 | 0:24:00 | $122.00 |
| Haylie Iseman | Drafted Declaration for signature by parent; reviewed file for facts; emailed to client for review/signature. | 7/31/2006 | 0:48:00 | $244.00 |
| Haylie Iseman | Drafting Declaration of Larry | 8/1/2006 | 1:30:00 | $457.50 |

| | | | | |
|---|---|---|---|---|
| | Abramson; email correspondence with client to advise of status, strategy for upcoming hearing and plan to submit pre-hearing motion. | | | |
| Haylie Iseman | Drafting/editing Motion for Summary Decision. | 8/1/2006 | 1:18:00 | $396.50 |
| Haylie Iseman | Edits to Declaration of parents; in connection with motion; email correspondence with clients. | 8/3/2006 | 0:12:00 | $61.00 |
| Haylie Iseman | Final edits to Motion for Summary Decision; sent with cover letter and Declaration to Student Hearing Office. | 8/4/2006 | 0:36:00 | $183.00 |
| Haylie Iseman | Conference with Michael Eig re: requesting Hearing Officer to re-open/review/reconsider status, following DCPS noncompliance with Hearing Officer's Decision. | 11/7/2006 | 0:18:00 | $91.50 |
| Haylie Iseman | Conference with Michael Eig re: pending request for Hearing Officer to re-open or reconsider per DCPS' noncompliance with HOD; discussion of DCPS Opposition to this request; discussed how to proceed, and whether to withdraw request and file new hearing request. | 11/17/2006 | 0:18:00 | $91.50 |
| Haylie Iseman | Reviewed DC's Complaint; checked facts in file; drafted Answer for review by Michael Eig. | 12/27/2006 | 3:48:00 | $1,159.00 |
| Haylie Iseman | Edits to draft Answer, per Michael Eig; filed electronically. | 12/29/2006 | 0:45:00 | $228.75 |
| Haylie Iseman | Drafted Notice of Appearance of Michael Eig; filed electronically. | 1/2/2007 | 0:15:00 | $76.25 |
| Haylie Iseman | Edits to Motion for Preliminary Injunction, filed electronically. | 6/21/2007 | 0:48:00 | $244.00 |

| | | | | |
|---|---|---|---|---|
| **Total: Haylie Iseman** | | | | **$6,161.00** |

| | | | | |
|---|---|---|---|---|
| Janene Jackson | E-mail correspondence with Stephanie RamJohn-Moore, Esq. | 10/4/2006 | 0:12:00 | $30.00 |
| Janene Jackson | Letter to Sharon Newsome enclosing Parents' Response to DCPS' Motion. | 4/4/2007 | 0:12:00 | $30.00 |
| Janene Jackson | Letter to client enclosing Motion to Show Cause. | 4/9/2007 | 0:12:00 | $30.00 |
| Janene Jackson | Letter to clients enclosing Opposition to Plaintiffs' Motion for Summary Judgment and Response to Plaintiffs' Motion to Show Cause. | 4/23/2007 | 0:12:00 | $30.00 |

| | | | | |
|---|---|---|---|---|
| Janene Jackson | Letter to clients enclosing a recent court filing. | 4/27/2007 | 0:12:00 | $30.00 |

| **Total: Janene Jackson** | | | | **$150.00** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Matthew Bogin | Research and first draft of motion for preliminary injunction | 6/17/2007 | 1:36:00 | $680.00 |
| Matthew Bogin | Review, revise and edit motion for preliminary injunction | 6/18/2007 | 2:00:00 | $850.00 |
| Matthew Bogin | Review dispute notices from DCPS | 6/19/2007 | 0:18:00 | $127.50 |
| Matthew Bogin | Revise and finalize PI motion | 6/20/2007 | 1:00:00 | $425.00 |
| Matthew Bogin | E-mail correspondence with Veronica A. Porter, Esq.; | 8/28/2007 | 0:12:00 | $85.00 |
| Matthew Bogin | Review of attorneys' timeslips for inclusion in Fees Motion | 9/23/2007 | 1:00:00 | $425.00 |
| Matthew Bogin | Review of Attorneys' Fees Motion and Memorandum | 9/27/2007 | 0:30:00 | $212.50 |

| **Total: Matthew Bogin** | | | | **$2,805.00** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Megan Gorzynski | Scheduling of IEP Meeting | 12/21/2006 | 0:18:00 | $45.00 |
| Megan Gorzynski | Letter to Dr. Denise White-Jenning Re: Report | 1/9/2007 | 0:24:00 | $60.00 |
| Megan Gorzynski | Preparation of Disclosure Documents for Mr. Eig's Review | 1/10/2007 | 2:30:00 | $375.00 |
| Megan Gorzynski | Final Preparation of Disclosure Documents | 1/11/2007 | 1:00:00 | $150.00 |
| Megan Gorzynski | Letter to Sharon Newsome Withdrawing Hearing Request | 1/17/2007 | 0:18:00 | $45.00 |
| Megan Gorzynski | Letter to Gloria Everett enclosing report card | 2/28/2007 | 0:18:00 | $45.00 |
| Megan Gorzynski | Letter to Gloria Everett re: IEP Meeting | 4/5/2007 | 0:30:00 | $75.00 |
| Megan Gorzynski | Letter to Gloria Everett to Follow up IEP Meeting | 5/1/2007 | 0:30:00 | $75.00 |
| Megan Gorzynski | Letter to Parents enclosing Motion | 5/11/2007 | 0:18:00 | $45.00 |
| Megan Gorzynski | Initial Preparation of Hearing Request for Mr. Eig to Edit Cover Letter for and Filing of Due Process Hearing Request | 6/26/2007 | 1:12:00 | $180.00 |
| Megan Gorzynski | Letter to Gloria Everett enclosing report card | 6/28/2007 | 0:18:00 | $45.00 |
| Megan Gorzynski | Final Preparation of Letter to Sharon Newsome re Remanded Hearing Date | 7/16/2007 | 0:30:00 | $75.00 |
| Megan Gorzynski | Letter to Sharon Newsome enclosing letter and documents sent on 7-16-07 | 7/24/2007 | 0:30:00 | $75.00 |
| Megan Gorzynski | Letter to Sharon Newsome confirming Hearing | 7/30/2007 | 0:18:00 | $45.00 |
| Megan Gorzynski | Initial Preparation of Disclosure for Review | 8/1/2007 | 1:00:00 | $150.00 |

| | | | | |
|---|---|---|---|---|
| Megan Gorzynski | Final Preparation of Disclosure Documents; Letter to Stephanie Ramjohn-Moore re: Kennedy Krieger | 8/2/2007 | 1:00:00 | $150.00 |
| Megan Gorzynski | Letter to The Office of the General Counsel and The Student Hearing Office enclosing SA-58 | 8/3/2007 | 0:30:00 | $75.00 |
| Megan Gorzynski | Disclosure Letter | 8/21/2007 | 0:30:00 | $75.00 |
| Megan Gorzynski | Preparation of Disclosure Documents for Mr. Eig's Review | 8/27/2007 | 1:00:00 | $150.00 |
| Megan Gorzynski | Final Preparation of Disclosure Documents | 8/28/2007 | 0:30:00 | $75.00 |
| Megan Gorzynski | Copied for and Letter to Carol Hobbes at Frost enclosing documents; Letter to Gloria Everett re: Frost Referral | 9/4/2007 | 1:00:00 | $150.00 |
| Megan Gorzynski | Letter to Gloria Everett Enclosing Grades | 9/11/2007 | 0:18:00 | $45.00 |
| Megan Gorzynski | Drafting of Letter to Kennedy Krieger and Frost re: Status and enclosing HOD; Initial Preparation for Additional Disclosure for Mr. Eig's Review | 9/17/2007 | 1:00:00 | $150.00 |
| Megan Gorzynski | Final Preparation of Letter to Pat Young re:  Frost and Kennedy Krieger  Letter to Pat Young re:Telephone call with Carol Hobbes Final Preparation of Disclosure Documents | 9/18/2007 | 1:48:00 | $270.00 |

| | | |
|---|---|---|
| **Total: Megan Gorzynski** | | **$2,625.00** |

| | | | | |
|---|---|---|---|---|
| Michael Eig | Initial consultations with client and review of records | 12/30/2005 | 2:30:00 | $1,062.50 |
| Michael Eig | In office meeting with clients | 2/9/2006 | 1:30.00 | $637.50 |
| Michael Eig | Telephone call with clients to follow up on previous meeting | 2/10/2006 | 00:30:00 | $212.50 |
| Michael Eig | Review and response to emails, review of second reports and investigation of placement options | 3/5/2006 | 3:00:00 | $1,275.00 |
| Michael Eig | Review new communications from clients and follow up with HMI | 3/13/2006 | 0:36:00 | $255.00 |
| Michael Eig | Review client emails and memo to co-counsel re contacting DCPS | 4/3/2006 | 0:30:00 | $212.50 |
| Michael Eig | Review email from client, file; follow up with co-counsel as to DCPS | 4/17/2006 | 0:36:00 | $255.00 |
| Michael Eig | Letter to DCPS re equitable participation | 5/7/2006 | 0:42:00 | $297.50 |
| Michael Eig | Edit and direct filing of hearing request | 5/22/2006 | 1:00:00 | $425.00 |
| Michael Eig | Conference on appeal and due process application | 5/23/2006 | 0:36:00 | $255.00 |

| | | | | |
|---|---|---|---|---|
| Michael Eig | Additional research on legal issues of residency, IDEA 2004 | 6/4/2006 | 2:00:00 | $850.00 |
| Michael Eig | Conference on status and follow up | 6/20/2006 | 0:30:00 | $212.50 |
| Michael Eig | Initial Due Process Hearing preparation | 6/23/2006 | 1:00:00 | $425.00 |
| Michael Eig | Emails and conference on hearing preparation | 6/26/2006 | 0:30:00 | $212.50 |
| Michael Eig | Preparation for witnesses; review of documents | 6/28/2006 | 0:48:00 | $340.00 |
| Michael Eig | Review Notice of Continuance | 7/9/2006 | 0:18:00 | $127.50 |
| Michael Eig | Conference on motion for summary decision | 7/14/2006 | 0:30:00 | $212.50 |
| Michael Eig | Preparation and review of disclosure | 7/20/2006 | 1:00:00 | $425.00 |
| Michael Eig | Calls re scheduling of hearing and witnesses | 7/21/2006 | 0:48:00 | $340.00 |
| Michael Eig | Preparation for Due Process Hearing; calls with witnesses and review of disclosures | 8/7/2006 | 4:00:00 | $1,700.00 |
| Michael Eig | Due Process hearing, travel and follow up | 8/8/2006 | 3:12:00 | $1,360.00 |
| Michael Eig | Efforts to get witnesses for scheduled date | 8/9/2006 | 0:30:00 | $212.50 |
| Michael Eig | Preparation for, and participation in oral argument; follow up correspondence to Hearing Officer | 8/21/2006 | 3:30:00 | $1,487.50 |
| Michael Eig | Review client email and follow up file review | 8/25/2006 | 0:24:00 | $170.00 |
| Michael Eig | Preparation for further Hearing | 9/5/2006 | 0:30:00 | $212.50 |
| Michael Eig | New disclosure for continued Due Process Hearing | 9/7/2006 | 1:00:00 | $425.00 |
| Michael Eig | Review Decision and respond | 9/15/2006 | 1:18:00 | $552.50 |
| Michael Eig | IEP Meeting Notice | 9/24/2006 | 0:18:00 | $127.50 |
| Michael Eig | Preparation for New IEP Meeting | 9/25/2006 | 1:12:00 | $510.00 |
| Michael Eig | Teleconference with clients and follow up | 9/26/2006 | 1:00:00 | $425.00 |
| Michael Eig | Letter from and response to Patricia Young re student evaluation plan | 10/12/2006 | 1:00:00 | $425.00 |
| Michael Eig | Review and forward progress report to DCPS | 10/15/2006 | 0:30:00 | $212.50 |
| Michael Eig | Letter in response to correspondence from Patricia Young | 10/18/2006 | 1:00:00 | $425.00 |
| Michael Eig | Draft new Hearing Request; conference With HMI re: pending motion to reconsider/re-open and decision to withdraw; letter withdrawing motion to reconsider/re-open | 11/17/2006 | 2:00:00 | $850.00 |
| Michael Eig | Review of Hearing Officer's ruling on motion to reconsider and new status memo from SHO | 11/20/2006 | 0:36:00 | $255.00 |
| Michael Eig | Review notice from DCPS and letter follow up re evaluation | 11/28/2006 | 1:00:00 | $425.00 |

| | | | | |
|---|---|---|---|---|
| Michael Eig | Calls re hearing status, Evaluation status, and Dispute Resolution; deal with crisis at Grove | 11/30/2006 | 2:18:00 | $977.50 |
| Michael Eig | Review client email re status of evaluations | 12/19/2006 | 0:18:00 | $127.50 |
| Michael Eig | Email from client re visit to CARE Center, and follow up | 12/20/2006 | 0:30:00 | $212.50 |
| Michael Eig | Conference with HMI re: Answer to complaint and review/edits to draft Answer | 12/28/2006 | 1:00:00 | $425.00 |
| Michael Eig | File Review and email from Clients | 1/25/2007 | 0:30:00 | $212.50 |
| Michael Eig | Status Conference in front of Judge Friedman, travel | 2/13/2007 | 2:00:00 | $850.00 |
| Michael Eig | Review IEP meeting notice from DCPS | 2/24/2007 | 0:18:00 | $127.50 |
| Michael Eig | Travel to, participation in, and follow up to  IEP meeting at CARE | 3/9/2007 | 3:30:00 | $1,487.50 |
| Michael Eig | Review/edit Motion for Summary Judgment | 3/29/2007 | 1:00:00 | $425.00 |
| Michael Eig | Significant editing/drafting of motion for show cause | 4/8/2007 | 2:30:00 | $1,062.50 |
| Michael Eig | Review DCPS opposition to show cause, research statutory injunctions and stay put, and draft reply | 4/21/2007 | 4:30:00 | $1,912.50 |
| Michael Eig | IEP meeting at CARE Center and follow up with letter | 5/1/2007 | 3:00:00 | $1,275.00 |
| Michael Eig | Review of pleadings before Court, and addition of authority | 5/9/2007 | 1:00:00 | $425.00 |
| Michael Eig | Email exchange with client re Kennedy Kreiger exchange | 5/15/2007 | 0:30:00 | $212.50 |
| Michael Eig | Preparation for oral argument on motions for summary judgment and show cause order | 5/30/2007 | 3:00:00 | $1,275.00 |
| Michael Eig | New Hearing request drafted and submitted; emails with client re status | 6/26/2007 | 1:30:00 | $637.50 |
| Michael Eig | Call with clients and follow up | 7/19/2007 | 0:30:00 | $212.50 |
| Michael Eig | Review disclosures in initial preparation for due process hearing on remand | 8/5/2007 | 1:30:00 | $637.50 |
| Michael Eig | Preparation for Due Process Hearing on remand | 8/5/2007 | 2:00:00 | $850.00 |
| Michael Eig | Calls with clients and Kennedy Krieger Institute staff; follow up review of documents | 8/6/2007 | 1:30:00 | $637.50 |
| Michael Eig | Call with client re status, hearing preparation for hearing on remand | 8/7/2007 | 0:30:00 | $212.50 |
| Michael Eig | Final preparation for Due Process Hearing on remand | 8/9/2007 | 2:30:00 | $1,062.50 |
| Michael Eig | Review of Witnesses, Documents | 8/9/2007 | 0:36:00 | $255.00 |
| Michael Eig | Attempted Due Process Hearing, on remand, travel and follow up re new date and documentation | 8/10/2007 | 2:30:00 | $1,062.50 |
| Michael Eig | Conference on Hearing | 8/21/2007 | 2:30:00 | $1,062.50 |

| | | | | |
|---|---|---|---|---|
| | Preparation for hearing on remand, Record Review | | | |
| Michael Eig | Calls with Clients and Review Disclosure | 8/22/2007 | 1:00:00 | $425.00 |
| Michael Eig | Final preparation for Due Process Hearing on remand | 8/27/2007 | 1:00:00 | $425.00 |
| Michael Eig | Due Process Hearing on remand, travel, waiting and follow up | 8/28/2007 | 5:30:00 | $2,337.50 |
| Michael Eig | Review Due Process Decision | 9/14/2007 | 0:30:00 | $212.50 |
| Michael Eig | Reviewed timeslips for accuracy and possible inclusion in fee petition to Court. | 9/21/2007 | 0:48:00 | $340.00 |
| Michael Eig | Edits to Attorneys Fees' Motion and Declaration. | 9/27/2007 | 1:30:00 | $637.50 |

| | | | | |
|---|---|---|---|---|
| **Total: Michael Eig** | | | | **$39,822.50** |

| | | | | |
|---|---|---|---|---|
| Paula Rosenstock | Edits to Motion for Summary Decision | 8/4/2006 | 0:24:00 | $98.00 |
| Paula Rosenstock | Conference with Michael Eig and HMI, review complaint | 12/18/2006 | 0:30:00 | $122.50 |
| Paula Rosenstock | Edits to Answer | 12/27/2006 | 0:30:00 | $122.50 |
| Paula Rosenstock | Telephone call with the Abramsons and edits to answer | 12/28/2006 | 1:00:00 | $245.00 |
| Paula Rosenstock | Final edits to answer, and filed answer | 12/29/2006 | 0:30:00 | $122.50 |
| Paula Rosenstock | Telephone call with parents, review of Answer, review of emails | 1/4/2007 | 1:00:00 | $245.00 |
| Paula Rosenstock | Calendar dates for Motions per Court's order | 2/16/2007 | 0:24:00 | $98.00 |
| Paula Rosenstock | Begin drafting Motion for Summary Judgment facts section and research on residency issue | 3/27/2007 | 3:30:00 | $857.50 |
| Paula Rosenstock | Work on Motion for Summary Judgment, argument, substantial research on equitable services issue and review of case law | 3/29/2007 | 6:00:00 | $1,470.00 |
| Paula Rosenstock | Edits to Motion for Summary Judgment per Michael Eig revisions filing of motion | 3/30/2007 | 1:30:00 | $367.50 |
| Paula Rosenstock | Review DCPS Motion to Stay, Draft and edit Response to Motion to Stay | 4/4/2007 | 1:30:00 | $367.50 |
| Paula Rosenstock | Telephone call with Veronica Porter re: stay-put issue, research stay-put issue | 4/5/2007 | 1:00:00 | $245.00 |
| Paula Rosenstock | Drafted Motion for Show Cause/ Preliminary Injunction based on stay-put issue | 4/6/2007 | 2:30:00 | $612.50 |
| Paula Rosenstock | Drafted Opposition to Plaintiffs' Motion for Summary Judgment | 4/9/2007 | 2:00:00 | $490.00 |
| Paula Rosenstock | Edit and file Motion to Show Cause/Preliminary Injunction | 4/9/2007 | 2:00:00 | $490.00 |
| Paula Rosenstock | Work on Opposition to Plaintiffs' | 4/10/2007 | 2:00:00 | $490.00 |

| | | | | |
|---|---|---|---|---|
| | Motion for Summary Judgment research argument section and position of Dept of Educ. | | | |
| Paula Rosenstock | Work on Opposition to Plaintiffs' Motion for Summary Judgment | 4/11/2007 | 1:48:00 | $441.00 |
| Paula Rosenstock | Edits to Opposition to Plaintiffs' Motion for Summary Judgment | 4/12/2007 | 1:30:00 | $367.50 |
| Paula Rosenstock | Final edits and filing of Opposition, review of DCPS filing | 4/20/2007 | 1:00:00 | $245.00 |
| Paula Rosenstock | Edits to Response to Opposition to Motion to Show Case and filing | 4/23/2007 | 1:00:00 | $245.00 |
| Paula Rosenstock | Drafted and filed Praecipe and Motion regarding new case law | 4/26/2007 | 2:00:00 | $490.00 |
| Paula Rosenstock | Began drafting Reply to DCPS Opposition to our Motion to Dismiss | 5/7/2007 | 1:00:00 | $245.00 |
| Paula Rosenstock | Work on Reply brief and additional research on Dept. of Educ. position | 5/8/2007 | 1:00:00 | $245.00 |
| Paula Rosenstock | Review cases, edits to Reply brief | 5/9/2007 | 1:00:00 | $245.00 |
| Paula Rosenstock | Final edits and filing of Reply Brief | 5/11/2007 | 0:42:00 | $171.50 |
| Paula Rosenstock | Drafted letter to Matthew Trieschman | 8/16/2007 | 0:48:00 | $196.00 |
| Paula Rosenstock | Call to the Court to determine status of our motion for extension of time | 9/6/2007 | 0:18:00 | $73.50 |
| Paula Rosenstock | Reviewed my timeslips for accuracy and possible inclusion in fee petition to Court. | 9/21/2007 | 1:00:00 | $245.00 |
| Paula Rosenstock | Drafted Declaration of Michael J. Eig for filing in US District Court with fee petition. | 9/24/2007 | 0:30:00 | $122.50 |
| Paula Rosenstock | Drafted Motion and Memo for Attorneys' Fees; reviewed docket for dates/facts. | 9/25/2007 | 1:30:00 | $367.50 |
| Paula Rosenstock | Edits to final version of all counsel's timeslips. | 9/27/2007 | 1:30:00 | $367.50 |
| Paula Rosenstock | Final edits to fee Motion and Declaration, per MJE review. | 9/28/2007 | 1:00:00 | $245.00 |
| **Total: Paula Rosenstock** | | | | **$10,755.50** |
| | | | | |
| Patricia Cyr | Consult w/ Michael Eig; call w/ Mr. Abramson re Dispute Resolution Session | 11/29/2006 | 0:48:00 | $196.00 |
| Patricia Cyr | Dispute Resolution Session | 11/30/2006 | 1:00:00 | $245.00 |
| Patricia Cyr | Draft letter regarding testing date for Seth. | 12/12/2006 | 0:30:00 | $122.50 |
| Patricia Cyr | Attend IEP meeting | 2/1/2007 | 3:00:00 | $735.00 |
| **Total: Patricia Cyr** | | | | **$1,298.50** |

| Sarah Massey | Scheduled Dispute Resolution Session with Gina Scales-Johnson and confirmed date and time with Client as well. | 5/30/2006 | 0:30:00 | $75.00 |
|---|---|---|---|---|
| **Total: Sarah Massey** | | | | **$75.00** |

| **Grand Total** | **$63,692.50** |
|---|---|

# MICHAEL J. EIG AND ASSOCIATES, P.C.

**ATTORNEYS AT LAW**
SUITE 760
5454 WISCONSIN AVENUE
**CHEVY CHASE, MD 20815-6938**
(301) 657-1740
FACSIMILE (301) 657-3843

# LISTING OF ATTORNEYS' EXPENSES

| User | Description | Date | Time Spent | Billable |
|------|-------------|------|------------|----------|
| Expenses | Incoming fax from Client. | 3/5/2006 | 0:00:00 | $0.75 |
| Expenses | Incoming fax from Client. | 3/6/2006 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to K. Thompson. | 3/13/2006 | 0:00:00 | $4.25 |
| Expenses | Letter to Client. | 3/13/2006 | 0:00:00 | $0.39 |
| Expenses | Letter to Kathie Thompson | 3/13/2006 | 0:00:00 | $0.87 |
| Expenses | March 2006 copy charges. | 3/31/2006 | 0:00:00 | $5.00 |
| Expenses | Reviewing and revising hearing application; call with school system counsel | 4/5/2006 | 0:00:00 | $0.25 |
| Expenses | Letter to Kathie Thompson. | 4/17/2006 | 0:00:00 | $0.50 |
| Expenses | Letter to Kathie Thompson and client. | 4/17/2006 | 0:00:00 | $0.78 |
| Expenses | Incoming fax from Kathie Thompson. | 4/25/2006 | 0:00:00 | $0.75 |
| Expenses | April 2006 Copy Charges. | 4/28/2006 | 0:00:00 | $1.00 |
| Expenses | Incoming fax from Kathie Thompson. | 5/1/2006 | 0:00:00 | $1.00 |
| Expenses | Incoming fax from Student Hearing Office. | 5/4/2006 | 0:00:00 | $0.25 |
| Expenses | Incoming fax from Patricia Young. | 5/4/2006 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from Kathie Thompson. | 5/5/2006 | 0:00:00 | $0.50 |
| Expenses | Letter to Kathie Thompson, Patricia Young and Client. | 5/8/2006 | 0:00:00 | $1.17 |
| Expenses | Outgoing fax to Kathie Thompson and Patricia Young. | 5/8/2006 | 0:00:00 | $1.50 |
| Expenses | Letter to Sharon Newsome and Client. | 5/23/2006 | 0:00:00 | $0.78 |
| Expenses | Outgoing fax to Sharon Newsome. | 5/23/2006 | 0:00:00 | $1.75 |
| Expenses | Incoming fax from Kathie Thompson. | 5/24/2006 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from DCPS. | 5/24/2006 | 0:00:00 | $0.75 |
| Expenses | Incoming fax from Gina Scales-Johnson. | 5/30/2006 | 0:00:00 | $1.00 |
| Expenses | May 2006 Copy Charges. | 5/31/2006 | 0:00:00 | $8.50 |
| Expenses | Incoming fax from S. Romjohn. | 6/5/2006 | 0:00:00 | $0.75 |
| Expenses | Incoming fax from DCPS Student Hearing Office. | 6/20/2006 | 0:00:00 | $0.25 |
| Expenses | Postage for letter to Sharon Newsome, Stephanie RamJohn-Moore and cc to Client re:  continuance. | 7/5/2006 | 0:00:00 | $1.17 |
| Expenses | Outgoing fax to Sharon Newsome and Stephanie RamJohn-Moore. | 7/5/2006 | 0:00:00 | $1.00 |

| | | | | |
|---|---|---|---|---|
| Expenses | Incoming fax from DCPS Student Hearing Office. | 7/7/2006 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from DCPS Student Hearing Office. | 7/12/2006 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Sharon Newsome and Stephanie RamJohn-Moore. | 7/12/2006 | 0:00:00 | $1.00 |
| Expenses | Postage for letter to Sharon Newsome, Stephanie RamJohn-Moore, and Client re: rescheduling due process hearing. | 7/12/2006 | 0:00:00 | $1.17 |
| Expenses | Incoming fax from DCPS Student Hearing Office. | 7/19/2006 | 0:00:00 | $0.78 |
| Expenses | Postage for letter to Sharon Newsome, Stephanie RamJohn-Moore, and Client re: due process hearing. | 7/19/2006 | 0:00:00 | $1.17 |
| Expenses | Postage for letter to David Smith, Stephanie RamJohn-Moore, and Client re: due process hearing. | 7/21/2006 | 0:00:00 | $1.17 |
| Expenses | Incoming fax from DCPS Student Hearing Office. | 7/31/2006 | 0:00:00 | $2.50 |
| Expenses | Postage for letter to Student Hearing Office enclosing Disclosure Statement. | 7/31/2006 | 0:00:00 | $4.05 |
| Expenses | July 2006 Copy Charges. | 7/31/2006 | 0:00:00 | $15.50 |
| Expenses | Postage for letter to Stephanie Ramjohn-Moore with cc: to client re: consent for information from Grove School. | 7/31/2006 | 0:00:00 | $0.78 |
| Expenses | Outgoing fax to Stephanie Ramjohn-Moore. | 7/31/2006 | 0:00:00 | $0.50 |
| Expenses | Fed-ex delivery to Stephanie Ram-john, Esq. RE: Disclosure documents | 7/31/2006 | 0:00:00 | $15.89 |
| Expenses | Fed-ex delivery to Sharon Newsome, SHO-DCPS RE: Supplemental Disclosure documents, cc: Stephanie Ramjohn-Moore, Esq. | 8/1/2006 | 0:00:00 | $31.78 |
| Expenses | Outgoing fax to Sharon Newsome. | 8/1/2006 | 0:00:00 | $1.25 |
| Expenses | Outgoing fax to Stephanie Ramjohn-Moore. | 8/1/2006 | 0:00:00 | $1.25 |
| Expenses | Incoming fax from Stephanie Ramjohn-Moore. | 8/1/2006 | 0:00:00 | $6.00 |
| Expenses | Fed-ex delivery to Bill Cox, Grove School ($22.27) cc: Dr. Joe Wilson ($21.77), Dr. Lance Clawson ($17.57), Dr. William Stixrud ($17.57), and clients ($19.67) RE: Disclosure documents | 8/2/2006 | 0:00:00 | $98.85 |
| Expenses | Incoming fax from Client. | 8/4/2006 | 0:00:00 | $1.00 |
| Expenses | Postage for letter to Sharon Newsome, Stephanie Ramjohn-Moore and Client re: Parents' Motion for Summary | 8/4/2006 | 0:00:00 | $2.61 |

| | | | | |
|---|---|---|---|---|
| | Decision. | | | |
| Expenses | Incoming fax from Student Hearing Office. | 8/8/2006 | 0:00:00 | $0.50 |
| Expenses | Postage for letter enclosing our Reply to DCPS Opposition to Parents' Motion for Summary Decision. | 8/16/2006 | 0:00:00 | $1.17 |
| Expenses | Outgoing fax to Coles Ruff and Stephanie Ramjohn-Moore. | 8/16/2006 | 0:00:00 | $3.00 |
| Expenses | Postage for letter to Coles B. Ruff, Stephanie Ramjohn-Moore and Client. | 8/21/2006 | 0:00:00 | $1.17 |
| Expenses | Outgoing fax to Coles B. Ruff and Stephanie Ramjohn-Moore. | 8/21/2006 | 0:00:00 | $1.00 |
| Expenses | August 2006 Copy Charges. | 8/31/2006 | 0:00:00 | $295.25 |
| Expenses | Outgoing fax to Stephanie RamJohn | 9/7/2006 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Sharon Newsome | 9/7/2006 | 0:00:00 | $0.50 |
| Expenses | Postage to Sharon Newsome, cc: Stephanie RamJohn-Moore, Esq., and client | 9/7/2006 | 0:00:00 | $1.17 |
| Expenses | Incoming fax from Stephanie Ramjohn-Moore, Esq. | 9/12/2006 | 0:00:00 | $0.75 |
| Expenses | Incoming fax from Stephanie Ramjohn-Moore | 9/13/2006 | 0:00:00 | $0.75 |
| Expenses | Outgoing fax to Stephanie Ramjohn-Moore | 9/13/2006 | 0:00:00 | $0.50 |
| Expenses | Postage to Stephanie Ramjohn-Moore, Esq. | 9/13/2006 | 0:00:00 | $0.39 |
| Expenses | Incoming fax from Sharon Newsome | 9/14/2006 | 0:00:00 | $3.75 |
| Expenses | Postage to client | 9/15/2006 | 0:00:00 | $1.11 |
| Expenses | Incoming fax from Gloria Everett | 9/20/2006 | 0:00:00 | $1.00 |
| Expenses | Incoming fax from Gloria Everett | 9/22/2006 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from Gloria Everett | 9/22/2006 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from Pat Young | 10/11/2006 | 0:00:00 | $0.50 |
| Expenses | Postage to Patricia Young, cc: The Grove School, and clients | 10/12/2006 | 0:00:00 | $1.17 |
| Expenses | Outgoing fax to The Grove School | 10/12/2006 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Patricia Young | 10/12/2006 | 0:00:00 | $0.50 |
| Expenses | Postage to Patricia Young | 10/17/2006 | 0:00:00 | $0.39 |
| Expenses | Outgoing fax to Patricia Young | 10/17/2006 | 0:00:00 | $1.25 |
| Expenses | Postage to Patricia Young | 10/18/2006 | 0:00:00 | $0.63 |
| Expenses | Incoming fax from Patricia Young | 10/18/2006 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Patricia Young | 10/18/2006 | 0:00:00 | $2.00 |
| Expenses | Copy Charges for October 2006 | 10/30/2006 | 0:00:00 | $71.00 |
| Expenses | Outgoing fax to Stephanie Ramjohn-Moore, Esq. | 11/7/2006 | 0:00:00 | $6.50 |
| Expenses | Outgoing fax to Coles Ruff c/o Sharon Newsome | 11/7/2006 | 0:00:00 | $6.50 |
| Expenses | Postage to Coles B. Ruff, Hearing Officer, cc: Stephanie RamJohn-Moore-Esq., and clients | 11/7/2006 | 0:00:00 | $4.05 |
| Expenses | Incoming fax from Stephanie Ramjohn-Moore, Esq. | 11/14/2006 | 0:00:00 | $2.50 |
| Expenses | Postage to Coles B. Ruff, Hearing Officer, cc: Stephanie | 11/17/2006 | 0:00:00 | $1.17 |

| | | | | |
|---|---|---|---|---|
| | Ramjohn-Moore, Esq. and clients | | | |
| Expenses | Postage to Ms. Sharon Newsome and cc: clients | 11/17/2006 | 0:00:00 | $1.26 |
| Expenses | Outgoing fax to Coles Ruff c/o Sharon Newsome | 11/17/2006 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Sharon Newsome | 11/17/2006 | 0:00:00 | $2.00 |
| Expenses | Outgoing fax to Stephanie Ramjohn-Moore, Esq. | 11/17/2006 | 0:00:00 | $0.50 |
| Expenses | Postage to clients | 11/20/2006 | 0:00:00 | $0.39 |
| Expenses | Incoming fax from DCPS-Student Hearing Office | 11/20/2006 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from Marcia Brown | 11/20/2006 | 0:00:00 | $0.75 |
| Expenses | Incoming fax from Gloria Everett | 11/27/2006 | 0:00:00 | $0.75 |
| Expenses | Incoming fax from Shalonda Cogdell | 11/29/2006 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from Stephanie Ramjohn-Moore, Esq. | 12/4/2006 | 0:00:00 | $1.00 |
| Expenses | Incoming fax from client | 12/12/2006 | 0:00:00 | $0.75 |
| Expenses | Incoming fax from Stephanie Ramjohn-Moore, Esq. | 12/12/2006 | 0:00:00 | $5.25 |
| Expenses | Incoming fax from client | 12/13/2006 | 0:00:00 | $3.50 |
| Expenses | Outgoing fax to Dr. White-Jenning | 12/14/2006 | 0:00:00 | $0.50 |
| Expenses | Postage to Dr. White-Jenning and cc: clients | 12/14/2006 | 0:00:00 | $0.78 |
| Expenses | Incoming fax from client | 12/14/2006 | 0:00:00 | $3.25 |
| Expenses | Incoming fax from Student Hearing Office | 12/15/2006 | 0:00:00 | $0.25 |
| Expenses | Incoming fax from Gloria Everett | 12/20/2006 | 0:00:00 | $1.00 |
| Expenses | Outgoing fax to Gloria Everett | 12/21/2006 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from C.A.R.E. Center | 12/22/2006 | 0:00:00 | $0.50 |
| Expenses | Copy charges for December 2006 | 12/29/2006 | 0:00:00 | $5.25 |
| Expenses | Postage to Dr. Denise White-Jenning and cc: clients | 1/9/2007 | 0:00:00 | $0.78 |
| Expenses | Outgoing fax to Dr. White-Jenning | 1/9/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Halima Flinn | 1/10/2007 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from Gloria Everett | 1/11/2007 | 0:00:00 | $1.50 |
| Expenses | Outgoing fax to the Office of the General Counsel | 1/11/2007 | 0:00:00 | $8.00 |
| Expenses | Postage to clients | 1/11/2007 | 0:00:00 | $0.39 |
| Expenses | Incoming Fax from The Grove School | 1/11/2007 | 0:00:00 | $7.25 |
| Expenses | Postage to Gloria Everett and cc: clients | 1/12/2007 | 0:00:00 | $0.78 |
| Expenses | Outgoing fax to Gloria Everett | 1/12/2007 | 0:00:00 | $0.50 |
| Expenses | Postage to Sharon Newsome, cc: The Office of the General Counsel, and clients | 1/17/2007 | 0:00:00 | $1.17 |
| Expenses | Outgoing fax to the Office of the General Counsel | 1/17/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Sharon Newsome | 1/17/2007 | 0:00:00 | $0.50 |
| Expenses | Incoming Fax from Gloria Everett | 1/18/2007 | 0:00:00 | $0.50 |
| Expenses | Incoming Fax from Stephanie Ramjohn-Moore, Esq. | 1/25/2007 | 0:00:00 | $39.75 |
| Expenses | Copy charges for January 2007 | 1/31/2007 | 0:00:00 | $247.00 |

| | | | | |
|---|---|---|---|---|
| Expenses | Incoming fax to Gloria Everett | 2/20/2007 | 0:00:00 | $0.50 |
| Expenses | Postage to Gloria Everett and cc: clients | 2/28/2007 | 0:00:00 | $0.78 |
| Expenses | Copy charges for February 2007 | 2/28/2007 | 0:00:00 | $2.00 |
| Expenses | Outgoing fax to Gloria Everett | 2/28/2007 | 0:00:00 | $0.75 |
| Expenses | Outgoing fax to Gloria Everett | 3/7/2007 | 0:00:00 | $4.00 |
| Expenses | Incoming fax from Grove School | 3/7/2007 | 0:00:00 | $1.25 |
| Expenses | Incoming fax from Melissa Costanza | 3/7/2007 | 0:00:00 | $2.75 |
| Expenses | Postage to clients | 3/9/2007 | 0:00:00 | $1.35 |
| Expenses | Incoming fax from Gloria Everett | 3/29/2007 | 0:00:00 | $1.00 |
| Expenses | Copy charges for March 2007 | 3/30/2007 | 0:00:00 | $13.75 |
| Expenses | Postage to clients | 4/2/2007 | 0:00:00 | $2.07 |
| Expenses | Incoming fax from Stephanie Ramjohn-Moore, Esq. | 4/3/2007 | 0:00:00 | $0.75 |
| Expenses | Incoming fax from Amy Smith | 4/4/2007 | 0:00:00 | $1.25 |
| Expenses | Postage to Sharon Newsome, cc: Stephanie Ramjohn-Moore, Esq. and clients | 4/4/2007 | 0:00:00 | $1.89 |
| Expenses | Outgoing fax to Sharon Newsome | 4/4/2007 | 0:00:00 | $2.25 |
| Expenses | Outgoing fax to Stephanie Ramjohn-Moore, Esq. | 4/4/2007 | 0:00:00 | $2.25 |
| Expenses | Postage to Cloria T. Everett and clients | 4/5/2007 | 0:00:00 | $0.78 |
| Expenses | Outgoing fax to Gloria Everett | 4/5/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Veronica Porter, Esq. | 4/6/2007 | 0:00:00 | $3.75 |
| Expenses | Postage to clients | 4/9/2007 | 0:00:00 | $2.31 |
| Expenses | Overnight delivery to Judge Paul Friedman RE: copy of Motion to Show Cause | 4/11/2007 | 0:00:00 | $13.42 |
| Expenses | Postage to Judge Paul L. Friedman (via fed ex), cc: Veronica Porter, Esq. ($0.39), and Edward Taptich, Esq. ($0.39) | 4/11/2007 | 0:00:00 | $0.78 |
| Expenses | Postage to clients | 4/23/2007 | 0:00:00 | $0.63 |
| Expenses | Incoming fax from Gloria Everett | 4/24/2007 | 0:00:00 | $0.50 |
| Expenses | Postage to clients | 4/27/2007 | 0:00:00 | $0.39 |
| Expenses | Copy charges for April 2007 | 4/30/2007 | 0:00:00 | $63.00 |
| Expenses | Outgoing fax to Gloria Everett | 5/1/2007 | 0:00:00 | $0.50 |
| Expenses | Postage to Gloria Everett and clients | 5/1/2007 | 0:00:00 | $0.78 |
| Expenses | Incoming fax from Gloria Everett | 5/4/2007 | 0:00:00 | $4.75 |
| Expenses | Postage to Gloria T. Everett and clients | 5/7/2007 | 0:00:00 | $0.78 |
| Expenses | Outgoing fax to Gloria Everett | 5/7/2007 | 0:00:00 | $0.75 |
| Expenses | Postage to clients | 5/11/2007 | 0:00:00 | $0.63 |
| Expenses | Parking Fee for appearance at court | 5/31/2007 | 0:00:00 | $17.00 |
| Expenses | Copy charges for May 2007 | 5/31/2007 | 0:00:00 | $29.00 |
| Expenses | Postage to Veronica Porter, Esq. and clients | 6/18/2007 | 0:00:00 | $0.82 |
| Expenses | Outgoing fax to Sharon Newsome | 6/26/2007 | 0:00:00 | $1.50 |
| Expenses | Postage to Sharon Newsome and cc: Stephanie Ramjohn-Moore, Esq. and clients | 6/26/2007 | 0:00:00 | $1.23 |
| Expenses | Outgoing fax to Stephanie | 6/26/2007 | 0:00:00 | $1.50 |

|          | Ramjohn-Moore, Esq. | | | |
|----------|---------------------|---|---|---|
| Expenses | Incoming fax from District of Columbia Public Schools Complaint Intake Unit | 6/28/2007 | 0:00:00 | $0.75 |
| Expenses | Postage to Gloria Everett and clients | 6/28/2007 | 0:00:00 | $0.82 |
| Expenses | Outgoing fax to Gloria Everett | 6/28/2007 | 0:00:00 | $0.75 |
| Expenses | Copy charges for June 2007 | 6/29/2007 | 0:00:00 | $9.75 |
| Expenses | Outgoing fax to Sharon Newsome | 7/16/2007 | 0:00:00 | $5.50 |
| Expenses | Postage to Sharon Newsome cc: District of Columbia Public Schools Office of the General Counsel, and clients | 7/16/2007 | 0:00:00 | $4.44 |
| Expenses | Outgoing fax to Office of the General Counsel | 7/16/2007 | 0:00:00 | $5.50 |
| Expenses | Outgoing fax to Office of the General Counsel | 7/24/2007 | 0:00:00 | $5.75 |
| Expenses | Outgoing fax to Sharon Newsome | 7/24/2007 | 0:00:00 | $5.75 |
| Expenses | Incoming fax from Shalonda Cogdell | 7/24/2007 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from Shalonda Cogdell | 7/24/2007 | 0:00:00 | $0.25 |
| Expenses | Postage to Shalonda Cogdell and clients | 7/24/2007 | 0:00:00 | $0.82 |
| Expenses | Outgoing fax to Shalonda Cogdell | 7/24/2007 | 0:00:00 | $0.50 |
| Expenses | Filing Fee for Clerk of Court | 7/25/2007 | 0:00:00 | $350.00 |
| Expenses | Postage to Sharon Newsome cc: Office of the General Counsel and clients | 7/30/2007 | 0:00:00 | $1.23 |
| Expenses | Kinkos copy charges | 7/30/2007 | 0:00:00 | $22.61 |
| Expenses | Outgoing fax to Sharon Newsome | 7/30/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Office of the General Counsel | 7/30/2007 | 0:00:00 | $0.50 |
| Expenses | Incoming fax from Melissa Costanza | 7/30/2007 | 0:00:00 | $5.50 |
| Expenses | Incoming fax from Melissa Costanza | 7/30/2007 | 0:00:00 | $5.50 |
| Expenses | Incoming fax from Diane from The Grove School | 7/31/2007 | 0:00:00 | $0.50 |
| Expenses | Copy charges for July 2007 | 7/31/2007 | 0:00:00 | $51.50 |
| Expenses | Incoming fax from the Student Hearing Office | 8/1/2007 | 0:00:00 | $0.25 |
| Expenses | Incoming fax from Terry Scott | 8/1/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Matthew B. Bogin, Esq. | 8/1/2007 | 0:00:00 | $0.75 |
| Expenses | Outgoing fax to Matthew B. Bogin, Esq. | 8/1/2007 | 0:00:00 | $4.00 |
| Expenses | Incoming fax from Stephanie Ramjohn-Moore, Esq. | 8/1/2007 | 0:00:00 | $1.00 |
| Expenses | Overnight delivery to DCPS-Office of the General Counsel | 8/2/2007 | 0:00:00 | $14.31 |
| Expenses | Overnight delivery to Sharon Newsome RE: additional disclosure documents | 8/2/2007 | 0:00:00 | $14.31 |
| Expenses | Postage to Stephanie Ramjohn-Moore, Esq. and clients | 8/2/2007 | 0:00:00 | $0.82 |
| Expenses | Outgoing fax to Stephanie | 8/2/2007 | 0:00:00 | $0.50 |

| | | | | |
|---|---|---|---|---|
| | Ramjohn-Moore, Esq. | | | |
| Expenses | Incoming fax from Bill Cox | 8/2/2007 | 0:00:00 | $0.75 |
| Expenses | Outgoing fax to District of Columbia Public Schools Student Hearing Office | 8/3/2007 | 0:00:00 | $1.00 |
| Expenses | Postage to District of Columbia Public Schools Office of the General Counsel, and cc: District of Columbia Public Schools Student Hearing Office | 8/3/2007 | 0:00:00 | $0.82 |
| Expenses | Hand-delivery to DCPS-Office of the General Counsel and Student Hearing Office RE: Disclosure documents | 8/3/2007 | 0:00:00 | $37.36 |
| Expenses | Outgoing fax to District of Columbia Public Schools Office of the General Counsel | 8/3/2007 | 0:00:00 | $1.00 |
| Expenses | Kinkos copy charges | 8/7/2007 | 0:00:00 | $109.50 |
| Expenses | Overnight delivery to Andrew Pollack ($18.65), cc: Dr. Ellen Goldman ($17.26) and clients ($16.79)RE: Disclosure documents | 8/7/2007 | 0:00:00 | $52.70 |
| Expenses | Postage to Sharon Newsome; cc: District of Columbia Public Schools Office of the General Counsel, and clients | 8/10/2007 | 0:00:00 | $1.74 |
| Expenses | Outgoing fax to District of Columbia Public Schools Office of the General Counsel | 8/10/2007 | 0:00:00 | $1.75 |
| Expenses | Outgoing fax to Sharon Newsome | 8/10/2007 | 0:00:00 | $1.75 |
| Expenses | Incoming fax from Student 8/14/20070:00:00 $0.25 Hearing Office | | | |
| Expenses | Incoming fax from Student Hearing Office | 8/14/2007 | 0:00:00 | $0.25 |
| Expenses | Outgoing fax to the District of Columbia Public Schools Office of the General Counsel | 8/15/2007 | 0:00:00 | $1.00 |
| Expenses | Postage to Sharon Newsome; cc: District of Columbia Public Schools Office of the General Counsel and clients | 8/15/2007 | 0:00:00 | $1.23 |
| Expenses | Outgoing fax to Sharon Newsome | 8/15/2007 | 0:00:00 | $1.00 |
| Expenses | Outgoing fax to Matthew Treischman | 8/16/2007 | 0:00:00 | $0.50 |
| Expenses | Postage to Mr. Matthew Trieschman and clients | 8/16/2007 | 0:00:00 | $0.82 |
| Expenses | Incoming fax from Amy Smith | 8/16/2007 | 0:00:00 | $1.00 |
| Expenses | Incoming fax from Stephanie Ramjohn-Moore, Esq. | 8/21/2007 | 0:00:00 | $6.25 |
| Expenses | Postage to Tiffany Puckett, Esq.; cc: District of Columbia Public Schools Student Hearing Office, and clients | 8/21/2007 | 0:00:00 | $1.23 |
| Expenses | Outgoing fax to District of Columbia Student Hearing Office | 8/21/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Tiffany Puckett, Esq. | 8/21/2007 | 0:00:00 | $0.50 |

| | | | | |
|---|---|---|---|---|
| Expenses | Incoming fax from Mr. Matthew Trieschman | 8/28/2007 | 0:00:00 | $0.50 |
| Expenses | Overnight delivery to clients RE: disclosure documents | 8/29/2007 | 0:00:00 | $14.85 |
| Expenses | Copy charges for August 2007 | 8/31/2007 | 0:00:00 | $39.50 |
| Expenses | Copy charges for August 2007 | 8/31/2007 | 0:00:00 | $116.25 |
| Expenses | Postage to Stephanie Ramjohn-Moore, Esq.; cc: Hearing Officer Coles Ruff | 8/31/2007 | 0:00:00 | $0.82 |
| Expenses | Incoming fax from Ms. Gloria Everett | 8/31/2007 | 0:00:00 | $0.75 |
| Expenses | Outgoing fax to Hearing Office Coles Ruff | 8/31/2007 | 0:00:00 | $0.75 |
| Expenses | Outgoing fax to Stephanie Ramjohn-Moore, Esq. | 8/31/2007 | 0:00:00 | $0.75 |
| Expenses | Postage to client | 9/4/2007 | 0:00:00 | $0.41 |
| Expenses | Postage to Gloria T. Everett; cc: Ms. Carol Hobbes and clients | 9/4/2007 | 0:00:00 | $1.23 |
| Expenses | Outgoing fax to Gloria Everett | 9/4/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Sharon Newsome | 9/4/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Stephanie Ramjohn-Moore, Esq. | 9/4/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Hearing Officer Coles Ruff | 9/4/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Carol Hobbes | 9/4/2007 | 0:00:00 | $0.50 |
| Expenses | Postage to Sharon Newsome; cc: Stephanie Ramjohn-Moore, Esq., Hearing Officer Coles Ruff, and client | 9/4/2007 | 0:00:00 | $1.64 |
| Expenses | Incoming fax from Student Hearing Office | 9/6/2007 | 0:00:00 | $0.25 |
| Expenses | Postage to Sharon Newsome; cc: District of Columbia Office of the General Counsel and clients | 9/11/2007 | 0:00:00 | $1.23 |
| Expenses | Postage to Gloria Everett and clients | 9/11/2007 | 0:00:00 | $0.82 |
| Expenses | Incoming fax from Student Hearing Office | 9/14/2007 | 0:00:00 | $2.25 |
| Expenses | Incoming fax to Pat Young | 9/17/2007 | 0:00:00 | $0.50 |
| Expenses | Outgoing fax to Matthew Trieschman | 9/18/2007 | 0:00:00 | $2.50 |
| Expenses | Outgoing fax to Carol Hobbes | 9/18/2007 | 0:00:00 | $2.50 |
| Expenses | Outgoing fax to District of Columbia Public Schools Student Hearing Office | 9/18/2007 | 0:00:00 | $5.25 |
| Expenses | Incoming fax from Stephanie Ramjohn-Moore, Esq. | 9/18/2007 | 0:00:00 | $8.25 |
| Expenses | Outgoing fax to District of Columbia Public Schools Office of the General Counsel | 9/18/2007 | 0:00:00 | $5.25 |

| **Total: Expenses** | | | | **$2,107.53** |
|---|---|---|---|---|

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE DISTRICT OF COLUMBIA,

    Plaintiff,

      v.                          Civil Action No. 06-CV-2105 (PLF)

LARRY ABRAMSON and
CAROLINE NEWMAN
parents and next friend of S.A.,

    Defendants.

**ORDER**

      Upon consideration of defendants' motion for attorneys' fees and costs, any opposition thereto, and the entire record herein, it is by the Court this _____ day of _____, 2007, hereby

      ORDERED, that said motion be and the same hereby is GRANTED; and it is

      FURTHER ORDERED, that plaintiffs shall make payment to defendants in the amount of $65,800.03 no later than thirty days from the date of this order.

                                  _____
                                  The Honorable Paul L. Friedman
                                  United States District Judge