IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DISTRICT OF COLUMBIA** : <br>  : <br> Plaintiff, : <br>  : <br> v. : <br>  : <br> **LARRY ABRAMSON and** : <br> **CAROLINE NEWMAN,** : <br>  : <br> Parents and next friend of S.A., : <br>  : <br> Defendants. : <br> _____ : | Civil Action No. 06-2105 (PLF) |

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff, through counsel, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time to and including November 16, 2007, within which to file an opposition to Defendants' Motion for Attorneys' Fees and Costs ("Motion").

Defendants' Motion was filed September 28, 2007 and Plaintiff's opposition is due October 9, 2007. Undersigned counsel is scheduled to be out of the office from October 5 through October 25, 2007, and will by unable to file her opposition on the due date.

Undersigned counsel has conferred with Defendants' counsel regarding the relief sought by this motion. Defendants' counsel has consented to the relief requested.

Based upon the foregoing, Plaintiff respectfully requests that this motion be granted and that its time to file its opposition be extended to and including November 16, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the
 District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

*/s/ Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**October 2, 2007**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S CONSENT MOTION FOR EXTENSION
OF TIME TO FILE OPPOSITION TO DEFENDANTS'
MOTION FOR ATTORNEYS' FEES AND COSTS**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the
          District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DISTRICT OF COLUMBIA** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-2105 (PLF) |
| : | |
| **LARRY ABRAMSON and** : | |
| **CAROLINE NEWMAN,** : | |
| : | |
| Parents and next friend of S.A., : | |
| : | |
| Defendants. : | |
| _____ : | |

### ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Opposition to Defendants' Motion for Attorneys' Fees and Costs, it is, this \_\_\_\_\_ day of _____, 2007,

**ORDERED**, That Plaintiff's Consent Motion for Extension of Time to File Opposition to Defendants' Motion for Attorneys' Fees and Costs is GRANTED; it is

**FURTHER ORDERED,** That Plaintiff may file its opposition to Defendants' motion for attorneys' fees and costs on or before November 16, 2007.

_____
UNITED STATES DISTRICT JUDGE