IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DISTRICT OF COLUMBIA** : |  |
| : |  |
| Plaintiff, : |  |
| : |  |
| v. : | Civil Action No. 06-2105 (PLF) |
| : |  |
| **LARRY ABRAMSON and** : |  |
| **CAROLINE NEWMAN,** : |  |
| : |  |
| Parents and next friend of S.A., : |  |
| : |  |
| Defendants. : |  |
| _____ : |  |

## JOINT MOTION FOR CONSENT JUDGMENT OF ATTORNEYS' FEES AND COSTS

On July 3, 2007, this Court granted Defendants' summary judgment motion, in part, entitling them to reimbursement for attorneys' fees and costs as prevailing parties in this action. The parties have resolved all issues with respect to Defendants' attorneys' fees and costs. In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment.

The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

Respectfully submitted,

LINDA SINGER
Attorney General for the
 District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

*/s/ Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov
**ATTORNEYS FOR PLAINTIFF**


*/s/ Michael J. Eig*_____
MICHAEL J. EIG (912733)
Michael J. Eig and Associates, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland  20815
(301) 657-1740
michael.eig@lawforchildren.com
**ATTORNEY FOR DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE DISTRICT OF COLUMBIA** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-2105 (PLF) |
| **LARRY ABRAMSON and CAROLINE NEWMAN,** | : |
| Parents and next friend of S.A., | : |
| Defendants. | : |
| _____ | : |

**CONSENT JUDGMENT**

Upon consideration of the Joint Motion for Consent Judgment on Attorneys' Fees and Costs filed November 20, 2007, Plaintiffs and Defendants having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by Defendants in their Motion for Attorneys' Fees and Costs herein.  The parties having consented to this Order, it is, this _____ day of _____, 2007

**ORDERED**, That Defendants are awarded $45,000.00 as payment for the attorneys' fees and costs incurred at the administrative level as well as those attorneys' fees and costs incurred in connection with the prosecution of the proceeding in this Court. Payment of $45,000.00 is to be made within 90 days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE