IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| THE DISTRICT OF COLUMBIA : | |
| Plaintiff, : | |
| v. : | Civil Action No. 06-2105 (PLF) |
| LARRY ABRAMSON and : CAROLINE NEWMAN, : | |
| Parents and next friend of S.A., : | |
| Defendants. : | |

## CONSENT JUDGMENT

Upon consideration of the Joint Motion for Consent Judgment on Attorneys' Fees and Costs filed November 20, 2007, Plaintiffs and Defendants having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by Defendants in their Motion for Attorneys' Fees and Costs herein. The parties having consented to this Order, it is, this 26th day of November, 2007

**ORDERED**, That Defendants are awarded $45,000.00 as payment for the attorneys' fees and costs incurred at the administrative level as well as those attorneys' fees and costs incurred in connection with the prosecution of the proceeding in this Court. Payment of $45,000.00 is to be made within 90 days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

3